IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00278-BNB

DANIEL ALLAN SCHNEIDER,

    Plaintiff,

v.

STATE OF COLORADO,
DEPT. OF CORRECTIONS,
DAVID MAUCHARD, Head of Parole,
JIM STADDLER, DOC Liaison,
GEORGE KLEBAC, DOC Liaison,
RICHARD MACNEILLY, DOC Parole Officer, and
DAVID MICHAUD, Parole Board Chairman,

    Defendants.

ORDER OF DISMISSAL

Plaintiff Daniel Allan Schneider, a State of Colorado prisoner, initiated this action by filing a *pro se* Prisoner Complaint. On March 17, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Schneider to file an Amended Complaint in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Schneider was warned that the action would be dismissed without further notice if he failed to file an Amended Complaint within thirty days.

Mr. Schneider now has failed within the time allowed to file an Amended Complaint. Plaintiff also has failed to respond to Magistrate Judge Boland's March 17, 2008, Order in any way. The Court has reviewed the Complaint, concurs with

Magistrate Judge Boland's findings, and finds that the action should be dismissed for failure to amend and to prosecute. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to file an Amended Complaint as directed and for failure to prosecute.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00278-BNB

Daniel Allan Schneider
Prisoner No. 98291
1102 E. Ave. C
Bismark, ND 58501

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk