IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00278-BNB

DANIEL ALLAN SCHNEIDER,

    Plaintiff,

v.

STATE OF COLORADO,
DEPT. OF CORRECTIONS,
DAVID MAUCHARD, Head of Parole,
JIM STADDLER, DOC Liaison,
GEORGE KLEBAC, DOC Liaison,
RICHARD MACNEILLY, DOC Parole Officer, and
DAVID MICHAUD, Parole Board Chairman,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Daniel Allan Schneider, a State of Colorado prisoner, filed a *pro se* pleading titled, "Motion to Re-open," on May 8, 2008. The Court must construe the Motion liberally because Mr. Schneider is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Schneider filed the Motion within ten days after the Judgment was

entered in the instant action. The Court, therefore, will construe the Motion as a Motion to Reconsider filed pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

In the April 24, 2008, Order of Dismissal, the Court dismissed the action because Plaintiff failed to file an Amended Complaint within the time allowed. In the Motion, Mr. Schneider claims that he was incarcerated at a different facility and did not receive the Court's order directing him to file an Amended Complaint. Although Mr. Schneider asserts that he was housed at a different facility and did not receive the Court's March 17, 2008, order directing him to amend his Complaint, was sent to the address that Plaintiff provided and was not returned to the Court as undeliverable. Furthermore, Mr. Schneider is responsible pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, to notify the Court of a new address within ten days of any change of address.

The Court, therefore, concludes that Mr. Schneider fails to demonstrate some reason why the Court should reconsider and vacate the April 24, 2008, Order of Dismissal. Mr. Schneider is reminded that the instant action was dismissed without prejudice, and he may, if he desires, seek to file a new action. Accordingly, it is

ORDERED that the Motion, (Doc. No. 10), filed May 8, 2008, is construed as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 59(e), and is denied.

DATED at Denver, Colorado, this 15 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00278-BNB

Daniel Allan Schneider
Prisoner No. 98291
1102 E. Ave. C
Bismark, ND 58501

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/16/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk